UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELEBRATION COMMUNITY CHURCH,

    Plaintiff,

v.

CITY OF MUSKEGON and MUSKEGON
PLANNING COMMISSION,

    Defendants.
_____/

File No. 1:08-cv-314

HON. JANET T. NEFF

## ORDER DENYING MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, or in the Alternative, Show Cause Order and Request for Preliminary Injunction.

Upon review of Plaintiff's verified complaint, motion, brief in support, and exhibits, it does not appear to this Court that immediate and irreparable injury, loss, or damage will result to Plaintiff before Defendants can be heard in opposition. Plaintiff's motion for an *ex parte* temporary restraining order is therefore denied. Plaintiff's motion in the alternative for

a Show Cause Order and Request for Preliminary Injunction will be held in abeyance pending defendants' answer. Accordingly,

**IT IS HEREBY ORDERED** that *Ex Parte* Motion for Temporary Restraining Order (Dkt. No. 2) is **DENIED**.

Date: April 4, 2008               /s/Janet T. Neff
                                  JANET T. NEFF
                                  United States District Judge